UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JULIA BERTOLINE,

    Plaintiff,

v.                                    Civil Action No. 2:18-cv-00210-MRH

GENERAL CASUALTY COMPANY OF
WISCONSIN;

    Defendant.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Julia Bertoline and Defendant General Casualty Company of Wisconsin hereby stipulate to the voluntary dismissal of this cause with prejudice.

The Telephonic Initial Case Management Conference set for 4/19/18 at 2:30 PM is hereby is CANCELLED.

DATED: April 17, 2018                 Respectfully submitted,

| | |
|---|---|
| /s/ Patrick W. Murray | /s/ Patricia A. Monahan |
| Patrick W. Murray, Esq. | Patricia A. Monahan, Esq. |
| Jonathan M. Stewart, Esq. | MARSHALL DENNEHEY WARNER |
| STEWART, MURRAY & ASSOCIATES | COLEMAN & GOGGIN |
| LAW GROUP, LLC | Union Trust Building |
| 437 Grant Street, Suite 600 | 501 Grant Street, Suite 700 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| 412.765.3345 | 412.803.1140 |
| 412.765.3356 (fax) | 412.803.1183 (fax) |
| pmurray@smalawgroup.com | pamonahan@mdwcg.com |
| jstewart@smalawgroup.com | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | |

AND NOW, this 17TH day of APRIL, 2018
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE

1